**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMSCHEL ROTHSCHILD EL, | Case No.: 2:26-cv-00055-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF Nos. 3, 7, 12] |
| TUNECORE INC., | |
| Defendant | |

On February 6, 2026, Magistrate Judge Albregts recommended that I deny plaintiff Amschel Rothschild El's motions at ECF Nos. 3 and 7. ECF No. 12 at 6.  Rothschild El did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 12) is accepted**, and plaintiff Amschel Rothschild El's motions **(ECF Nos. 3, 7) are DENIED**.

DATED this 25th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE