**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMSCHEL ROTHSCHILD EL,<br><br>    Plaintiff<br><br>v.<br><br>TUNECORE, INC.,<br><br>    Defendant | Case No.: 2:26-cv-00055-APG-DJA<br><br>**Order Dismissing Case** |

Mail sent from this court to plaintiff Amschel Rothschild El has been returned in the mail. ECF Nos. 14, 16, 18.  On March 11, 2026, Magistrate Judge Albregts advised the plaintiff to update his address by April 10, 2026, or he risked having this case dismissed. ECF No. 17. The plaintiff has not updated his address or otherwise taken action in this case.

I THEREFORE ORDER that plaintiff Amschel Rothschild El's complaint (ECF No. 13) is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 22nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE